UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>      vs.<br><br>WILLIAM H. SCHIFF, *et al.*,<br><br>           Defendants. | No.  1:14-cv-01607---BAM<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |

On December 19, 2014, Plaintiff filed a Notice of Voluntary Dismissal against all Defendants (Doc. 7) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In relevant part, Rule 41(a)(1)(A) provides as follow

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

Rule 41(a)(1)(B) further provides that a dismissal pursuant to Rule 41(a)(1)(A) is without prejudice "[u]nless the notice or stipulation states otherwise."  Rule 41 thus allows the parties to dismiss an action voluntarily, either by filing a notice of voluntary dismissal prior to the filing of an answer, or after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

Once a party files a notice of voluntary dismissal, no order of the court is necessary to effectuate dismissal.  Caselaw concerning voluntary dismissals under Rule 41(a)(1)(A) is clear that the entry of such a dismissal is effective automatically and does not require judicial approval.  *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiffs have filed a Notice of Dismissal against Defendants under Rule 41(a)(1)(A)(i) with prejudice, this case has terminated.  Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk of the Court is ORDERED to administratively close this case.

IT IS SO ORDERED.

Dated:   **December 22, 2014**               /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE